William Benson, Appellant, v. Charles A. Gerlach, Respondent. — Judgment and order re-

versed and new trial ordered, with costs to the appellant to abide event. Opinion by Macomber, J.